UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**ALTRO DONNA, L.L.C. M/V**                                                **CIVIL ACTION**

**VERSUS**                                                                  **NO. 13-5197**

**TERRAQUEST GROUP, L.L.C., ET AL**                                        **SECTION "S" (3)**

**ORDER**

    The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the plaintiff's objections thereto, hereby overrules the Magistrate Judge's Report and Recommendation. At the settlement conference, the parties reached the essential elements of a settlement agreement, specifically, that they would settle the matter and the amount of money that plaintiffs would receive. Indemnification was not discussed. Thus, it was not a part of the agreement. Further, there is no reference to any authority that is "customary" in the Fifth Circuit to include such language in settlement agreements without it having been agreed to as a term of the settlement.

    Accordingly,

    **IT IS ORDERED** that the Motion to Enforce Settlement [Doc. #116] is **GRANTED**.

New Orleans, Louisiana, this   29th   day   January  , 2016.

                                                        **MARY ANN VIAL LEMMON**
                                                        **UNITED STATES DISTRICT JUDGE**